UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
AMERICAN CIVIL LIBERTIES UNION  :
FOUNDATION et al.,  :
:
                   Plaintiffs,  :      24-CV-7290 (JMF)
:
     -v-  :      <u>ORDER</u>
:
UNITED STATES IMMIGRATION AND CUSTOMS  :
ENFORCEMENT et al.,  :
:
                 Defendants.  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       This case arises under the Freedom of Information Act, Title 5, United States Code, Section 552. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this order** and not to exceed two pages, indicating whether there is any need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment. If Defendant has not yet entered a notice of appearance, Plaintiff shall promptly serve a copy of this Order on Defendant and file proof of such service.

       SO ORDERED.

Dated: September 30, 2024
       New York, New York
                                                               JESSE M. FURMAN
                                                            United States District Judge