UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF STATE; UNITED STATES COAST GUARD; UNITED STATES NAVY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> *Defendants*. | Case No. 24-cv-07290-JMF |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, I, Guadalupe Aguirre, respectfully seek leave to withdraw my appearance as attorney for Plaintiffs in this matter because of my departure from the New York Civil Liberties Union ("NYCLU") Foundation. Plaintiffs will continue to be represented in this matter by experienced attorneys, including from the NYCLU Foundation, who have previously entered their appearances. My withdrawal as counsel would not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien.

Dated: May 13, 2025
    New York, New York

Respectfully submitted,

*/s/ Guadalupe Aguirre*
Guadalupe Aguirre
125 Broad Street, 19th Floor
New York, New York 10004
Tel: (212) 607-3300
laguirre@nyclu.org

Application GRANTED. The Clerk of Court is directed to terminate Guadalupe Aguirre as counsel and to terminate ECF No. 49.

SO ORDERED.

*[signature]*

May 14, 2025