

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 12, 2025

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
               No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

      This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act. I write respectfully on behalf of all parties pursuant to the Court's order of December 10, 2024, ECF No. 38, to provide the Court with a status update on the agencies' searches and productions.

- U.S. Immigration and Customs Enforcement made productions on January 17 and June 3, 2025; it has now completed its productions in this case
- U.S. Department of Homeland Security has completed its searches, and has made productions on January 10, February 10, March 6, April 1, April 25, April 30, June 3, and June 12, 2025; it has now completed its productions in this case
- U.S. Department of State located a large number of potentially responsive records, has begun processing them (at the rate of 450 pages every six weeks), and sent out productions or production letters on February 4, March 18, April 29, and June 10, 2025; the parties are still discussing ways to narrow the scope of the search to decrease the volume of results
- U.S. Coast Guard completed its searches, and has made productions on March 10 and May 12, 2025; expects to make its final production in the next few weeks
- U.S. Navy completed its searches and made its production on December 20, 2024
- U.S. Citizenship and Immigration Services made an initial production on December 30, 2024; after the parties agreed on narrowed search terms, USCIS processed the results of the revised search and has made productions on April 16 and May 30, 2025; it has now completed its productions in this case

Plaintiffs are reviewing the agencies' productions so that the parties can confer regarding any disputes as to the adequacy of the agencies' searches or withholdings.

The parties will submit their next report in one month, on July 14, 2025. We thank the Court for its attention to this matter.

                Respectfully,

                JAY CLAYTON
                United States Attorney

By:   /s/ Jean-David Barnea
                JEAN-DAVID BARNEA
                Assistant United States Attorney
                Telephone: (212) 637-2679
                Email: Jean-David.Barnea@usdoj.gov

cc:   Counsel for plaintiffs (by ECF)

The parties shall provide their next status update to the Court on July 14, 2025.

SO ORDERED.

*[signature]*

June 13, 2025