AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| American Civil Liberties Union Foundation, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-07290 |
| U.S. Immigration and Customs Enforcement, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Civil Liberties Union Foundation and International Refugee Assistance Project, Inc.

Date:    07/14/2025

s/ Pedro Sepulveda, Jr.
*Attorney's signature*

Pedro Sepulveda, Jr. (6198550)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, FL 33
New York, NY 10004

*Address*

psepulveda@refugeerights.org
*E-mail address*

(646) 819-3805
*Telephone number*

(929) 999-8119
*FAX number*