

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 14, 2025

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

The parties shall provide their next status update to the Court on **August 14, 2025**.

SO ORDERED.

*[signature]*

July 14, 2025

    Re:    *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
            No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

       This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act. I write respectfully on behalf of all parties pursuant to the Court's order of December 10, 2024, ECF No. 38, to provide the Court with a status update on the agencies' searches and productions.

       All of the agencies except the U.S. Department of Homeland Security ("DHS") and the U.S. Department of State ("State") have now completed their productions in this case. DHS has recently concluded that it needs to conduct additional searches for responsive records; it will provide further information to plaintiffs about the timing of those searches as soon as possible. State will continue to process the records it has already located and will continue meeting and conferring with plaintiffs regarding electronic searches for additional records. Meanwhile, plaintiffs have been reviewing the agencies' productions and asking questions about them, including as to the status of the agencies' determinations on Part 2 of Plaintiffs' FOIA request (seeking records related to various data points), and the parties have been conferring in an effort to respond to plaintiffs' questions.

       The parties will submit their next report in one month, on August 14, 2025. We thank the Court for its attention to this matter.

                               Respectfully,

                               JAY CLAYTON
                               United States Attorney

                By:    /s/ Jean-David Barnea
                        JEAN-DAVID BARNEA
                        Assistant United States Attorney
                        Telephone: (212) 637-2679
                        Email: Jean-David.Barnea@usdoj.gov

cc:    Counsel for plaintiffs (by ECF)