U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 14, 2025

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
               No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

      This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act. I write respectfully on behalf of all parties pursuant to the Court's order of December 10, 2024, ECF No. 38, to provide the Court with a status update on the agencies' searches and productions.

      All of the agencies except the U.S. Department of Homeland Security ("DHS") and the U.S. Department of State ("State") have completed their productions in this case. DHS has recently conducted an additional search for responsive records, and has made its first production of those records on August 13. State made its most recent production on July 22, and will continue to process the records it has already located; the parties continue to meet and confer regarding electronic searches for additional records. Meanwhile, plaintiffs have sent a few sets of questions and requests relating to various agencies' productions; the parties are conferring on these issues as well.

      The parties will submit their next report in one month, on September 15, 2025. We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

The parties shall provide their next status update to the Court on **September 15, 2025**.

SO ORDERED.

August 18, 2025

cc:    Counsel for plaintiffs (by ECF)