UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>*Defendants*. | **CONSENT MOTION TO WITHDRAW APPEARANCE OF DEEPA ALAGESAN**<br><br>Civil Action No. 24-cv-7290-JMF |

Pursuant to Local Civil Rule 1.4, I, Deepa Alagesan, respectfully move to withdraw my appearance as counsel for Plaintiffs in the above-captioned matter. In support of this motion, I state as follows:

- I am requesting leave to withdraw as counsel because I am leaving my employment with the International Refugee Assistance Project (IRAP).

- Plaintiffs will continue to be represented by the following attorneys who have already entered appearances in this case: Kimberly Grano and Pedro Sepulveda from IRAP; Brett Max Kaufman, Judy Rabinovitz, and Noor Zafar from the American Civil Liberties Union Foundation; and Perry Grossman and Wafa Junaid from the New York Civil Liberties Union.

- I am not asserting a retaining or charging lien.

- Defendants have consented to this motion through their counsel.

Dated: August 22, 2025

                                           Respectfully submitted,

                                           /s/ Deepa Alagesan

                                           Deepa Alagesan
                                           INTERNATIONAL REFUGEE ASSISTANCE PROJECT
                                           One Battery Park Plaza, 33rd Floor
                                           New York, New York 10004
                                           Telephone: (516) 838-7044
                                           dalagesan@refugeerights.org