**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC., <br><br>                 *Plaintiffs*, <br><br>       v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT. et al., <br><br>                 *Defendants*. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE** <br><br> Civil Action No. 24-cv-7290-JMF |

Upon consideration of the consent motion by Deepa Alagesan to withdraw her appearance as counsel, it is ORDERED that the motion is GRANTED.  Accordingly, Deepa Alagesan is hereby withdrawn as counsel for Plaintiffs.

SO ORDERED.

_____, 2025

_____
JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE