UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,<br><br>*Defendants*. | **ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**<br><br>Civil Action No. 24-cv-7290-JMF |

Upon consideration of the consent motion by Deepa Alagesan to withdraw her appearance as counsel, it is ORDERED that the motion is GRANTED. Accordingly, Deepa Alagesan is hereby withdrawn as counsel for Plaintiffs. The Clerk of Court is directed to terminate ECF No. 58.

SO ORDERED.

August 25, 2025

_____
JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE