UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
AMERICAN CIVIL LIBERTIES UNION  :
FOUNDATION et al, :
:
                    Plaintiffs, :      24-CV-7290 (JMF)
:
    -v- :           ORDER
:
UNITED STATES IMMIGRATION AND CUSTOMS  :
ENFORCEMENT et al, :
:
                  Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's October 17, 2025 Order, ECF No. 62, the parties were required to file a joint letter, the contents of which are described therein, no later than one week from the end of the government shutdown. To date, the parties have not filed this letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 26, 2025**. Failure to file the letter by that date may result in sanctions.

      SO ORDERED.

Dated: November 21, 2025
       New York, New York

                                              JESSE M. FURMAN
                                         United States District Judge