**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 9, 2026

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
     No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

  This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act. I write respectfully on behalf of all parties pursuant to the Court's order of January 8, 2026, ECF No. 67, to provide the Court with a status update on the agencies' searches and productions.

  As stated in previous letters, all of the agencies except the U.S. Department of State ("State") have completed their initial productions in this case. State made its most recent production on January 6, 2026, and will continue making productions approximately every six weeks. The U.S. Department of Homeland Security conducted an additional search for responsive records and has been making productions approximately monthly, with a most recent production on January 15, 2026. Further, plaintiffs have sent questions and requests relating to various agencies' productions, including its latest set of questions sent on January 28, 2026. The parties have been conferring about these inquiries, and certain agencies have made supplemental productions in response.

  The parties will submit their next report on March 9, 2026. We thank the Court for its continued attention to this matter.

             Respectfully,

             JAY CLAYTON
             United States Attorney

          By: /s/ Jean-David Barnea
             JEAN-DAVID BARNEA
             Assistant United States Attorney
             Telephone: (212) 637-2679
             Email: Jean-David.Barnea@usdoj.gov

cc: Counsel for plaintiffs (by ECF)