

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 9, 2026

**<u>BY ECF</u>**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
     No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

   This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act.  I write respectfully on behalf of all parties pursuant to the Court's order of February 11, 2026, ECF No. 69, to provide the Court with a status update on the agencies' searches and productions.

   As stated in previous letters, all of the agencies except the U.S. Department of State ("State") have completed their initial productions in this case.  State made its most recent production on February 17, 2026, and will continue making productions approximately every six weeks.  The U.S. Department of Homeland Security ("DHS") conducted an additional search for responsive records and has been making productions approximately monthly, with its most recent production on January 15, 2026; these productions are now suspended due to the lapse in congressional funding for DHS that began on February 14, 2026.  Further, plaintiffs have sent questions and requests relating to various agencies' productions, including their latest set of questions sent on January 28, 2026.  The parties have been conferring about these inquiries, and certain agencies have made supplemental productions in response.

   The parties will submit their next report on April 9, 2026.  We thank the Court for its continued attention to this matter.

The parties shall file their next status update **no later than April 9, 2026**.

SO ORDERED.

*[signature]*

March 9, 2026

Respectfully,

JAY CLAYTON
United States Attorney

By: <u> /s/ Jean-David Barnea  </u>
   JEAN-DAVID BARNEA
   Assistant United States Attorney
   Telephone: (212) 637-2679
   Email: Jean-David.Barnea@usdoj.gov

cc: Counsel for plaintiffs (by ECF)