

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 12, 2026

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
              No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

    This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act.  I write respectfully to request a short extension of time—from April 9 to April 15, 2026—for the parties' next update on the agencies' searches and productions.  ECF No. 71.  This extension is requested because the undersigned will be out of the country during the week of April 6-10.  Plaintiffs consent to this request.

    We thank the Court for its continued attention to this matter.

                      Respectfully,

                      JAY CLAYTON
                      United States Attorney

        By:     /s/ Jean-David Barnea
                      JEAN-DAVID BARNEA
                      Assistant United States Attorney
                      Telephone: (212) 637-2679
                      Email: Jean-David.Barnea@usdoj.gov

cc:    Counsel for plaintiffs (by ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 72.

SO ORDERED.

March 12, 2026