

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 15, 2026

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
              No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

      This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act.  I write respectfully on behalf of all parties pursuant to the Court's orders of March 9 and 12, 2026, ECF Nos. 71, 73, to provide the Court with a status update on the agencies' searches and productions.

      As stated in previous letters, all of the agencies except the U.S. Department of State ("State") have completed their initial productions in this case.  State made its most recent production on March 31, 2026, and will continue making productions approximately every six weeks.  The U.S. Department of Homeland Security ("DHS") conducted an additional search for responsive records and had been making productions approximately monthly, with its most recent production on January 15, 2026; these productions have been suspended due to the lapse in congressional funding for DHS that began on February 14, 2026.  Although Congress still has not enacted Fiscal Year 2026 appropriations for DHS, DHS FOIA employees were recalled to work on April 13, 2026, and are now being paid and funded to perform their ordinary duties.  DHS-FOIA employees can thus now work on FOIA matters, including both administrative processing and FOIA-related litigation support, until funding is no longer available.  As a result, although DHS has been unable to process and release responsive documents for the last couple of months due to the lapse in appropriations, DHS will now resume its work to process these records so long as funding is available.  However, since most DHS-FOIA employees were recalled to work only on April 13, 2026, it will take the agency some time to reorganize and it will resume work on this matter as expeditiously as possible.

      Further, plaintiffs have sent questions and requests relating to various agencies' productions, including their latest set of questions sent on April 14, 2026.  The parties have been conferring about these inquiries, and certain agencies have made supplemental productions in response.

      The parties will submit their next report on May 14, 2026.  We thank the Court for its continued attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

cc:   Counsel for plaintiffs (by ECF)