**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 15, 2026

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
     No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

   This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act.  I write respectfully on behalf of all parties pursuant to the Court's order of May 15, 2026, ECF No. 77, to provide the Court with a status update on the agencies' searches and productions.

   As stated in previous letters, all of the agencies except the U.S. Department of State ("State") have completed their initial productions in this case.  State made its most recent production on May 12, 2026, and will continue making productions approximately every six weeks.  The U.S. Department of Homeland Security conducted an additional search for responsive records and has been making productions approximately monthly, with its most recent productions on April 20, May 7, and May 14, 2026.  Further, plaintiffs have sent questions and requests relating to various agencies' productions, including their latest set of questions sent on April 14, 2026.  The parties have been conferring about these inquiries, and certain agencies have made supplemental productions in response.

   The parties will submit their next report on July 15, 2026.  We thank the Court for its continued attention to this matter.

The parties shall file their next status update **no later than July 15, 2026.**

  SO ORDERED.

*[signature]*

   June 16, 2026

Respectfully,

JAY CLAYTON
United States Attorney

By:  /s/ Jean-David Barnea
   JEAN-DAVID BARNEA
   Assistant United States Attorney
   Telephone: (212) 637-2679
   Email: Jean-David.Barnea@usdoj.gov

cc: Counsel for plaintiffs (by ECF)