

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 15, 2026

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

The parties shall file their next status update no later than **August 17, 2026.**

SO ORDERED.

July 16, 2026

Re:    *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
       No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act.  I write respectfully on behalf of all parties pursuant to the Court's order of June 16, 2026, ECF No. 79, to provide the Court with a status update on the agencies' searches and productions.

As stated in previous letters, all of the agencies except the U.S. Department of State ("State") have completed their initial productions in this case.  State made its most recent production on June 23, 2026, and will continue making productions approximately every six weeks.  The U.S. Department of Homeland Security conducted an additional search for responsive records and has been making periodic productions, with its most recent production on July 1, 2026; the remaining documents are all pending consultations with other agencies and will be released as those consultations are returned.  Further, the agencies have responded to plaintiffs' latest set of questions and requests relating to their productions.

The parties will submit their next report on August 17, 2026.  We thank the Court for its continued attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ Jean-David Barnea
       JEAN-DAVID BARNEA
       Assistant United States Attorney
       Telephone: (212) 637-2679
       Email: Jean-David.Barnea@usdoj.gov

cc:    Counsel for plaintiffs (by ECF)