**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 19, 2026

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act. I write respectfully on behalf of all parties as indicated in the parties' previous letter dated September 17, 2026, ECF No. 84, to provide the Court with a status update on the agencies' searches and productions.

As stated in previous letters, all of the agencies except the U.S. Department of State ("State") have completed their initial productions in this case. State made its most recent production on September 15, 2026, and will continue making productions approximately every six weeks. The U.S. Department of Homeland Security conducted an additional search for responsive records and has been making periodic productions as a result of that search, with its most recent production on September 21, 2026; the remaining documents are all pending consultations with other agencies and will be released as those consultations are returned. Further, the agencies have responded to plaintiffs' latest set of questions and requests relating to their productions.

The parties will submit their next report on November 23, 2026, to accommodate a scheduled vacation for the undersigned. We thank the Court for its continued attention to this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/ Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

cc: Counsel for plaintiffs (by ECF)