**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 23, 2026

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *ACLU et al. v. U.S. Immigration and Customs Enforcement et al.*,
No. 24 Civ. 7290 (JMF)

Dear Judge Furman:

This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act. I write respectfully on behalf of all parties as indicated in the parties' previous letter dated October 19, 2026, ECF No. 85, to provide the Court with a status update on the agencies' searches and productions.

As stated in previous letters, all of the agencies except the U.S. Department of State ("State") have completed their initial productions in this case. State made its most recent production on October 27, 2026, and will continue making productions approximately every six weeks. The U.S. Department of Homeland Security conducted an additional search for responsive records and has been making periodic productions as a result of that search, with its most recent production on November 20, 2026; the remaining documents are all pending consultations with other agencies and will be released as those consultations are returned. Further, the agencies have responded to all of plaintiffs' questions and requests to date relating to their productions.

We also ask that, in light of his imminent departure from the U.S. Attorney's Office, the Court remove AUSA Jean-David Barnea from the docket in this case.

The parties will submit their next report on January 6, 2027, to accommodate a scheduled vacation for the undersigned. We thank the Court for its continued attention to this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/ Jessica Rosenbaum
JEAN-DAVID BARNEA
JESSICA ROSENBAUM
Assistant United States Attorneys
Telephone: (212) 637-2679/2777

Email: Jean-David.Barnea@usdoj.gov
Jessica.Rosenbaum@usdoj.gov

cc: Counsel for plaintiffs (by ECF)