**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

AMERICAN CIVIL LIBERTIES UNION; INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC.,

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT. et al.,

*Defendants*.

**CONSENT MOTION TO WITHDRAW APPEARANCE OF KIMBERLY GRANO**

Civil Action No. 24-cv-7290-JMF

Pursuant to Local Civil Rule 1.4, I, Kimberly Grano, respectfully move to withdraw my appearance as counsel for Plaintiffs in the above-captioned matter. In support of this motion, I state as follows:

- I am requesting leave to withdraw as counsel because I am leaving my employment with the International Refugee Assistance Project (IRAP).
- Plaintiffs will continue to be represented by the following attorneys who have already entered appearances in this case: Pedro Sepulveda from IRAP; Brett Max Kaufman, Judy Rabinovitz, and Noor Zafar from the American Civil Liberties Union Foundation; and Perry Grossman and Wafa Junaid from the New York Civil Liberties Union.
- I am not asserting a retaining or charging lien.
- Defendants have consented to this motion through their counsel.

Dated: November 24, 2026

Respectfully submitted,

/s/ Kimberly Grano

Kimberly Grano
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 946-7453
kgrano@refugeerights.org

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 24, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. District Court, Southern District of New York, using the CM/ECF system, thus serving the motion on all counsel and clients in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Kimberly Grano
Kimberly Grano