**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

AMERICAN CIVIL LIBERTIES UNION; INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC.,

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT. et al.,

*Defendants*.

**~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Civil Action No. 24-cv-7290-JMF

Upon consideration of the consent motion by Kimberly Grano to withdraw her appearance as counsel, it is ORDERED that the motion is GRANTED. Accordingly, Kimberly Grano is hereby withdrawn as counsel for Plaintiffs.

SO ORDERED.

November 24, 2026

JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate ECF No. 88 and to terminate Kimberly Grano as counsel for Plaintiffs.